A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on May 05, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 20, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION  MDL No. 1928

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-37)

On April 7, 2008, the Panel transferred 17 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 545 F.Supp.2d 1357 (J.P.M.L. 2008). Since that time, 401 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Donald M. Middlebrooks.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Middlebrooks.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 05, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By Gracie Gomez
Deputy Clerk
Date Apr. 06, 2010

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION                               MDL No. 1928


## SCHEDULE CTO-37 - TAG-ALONG ACTIONS


**DIST**. **DIV**. **C.A. #**        **CASE CAPTION**

CONNECTICUT
   CT    3   10-387         Denise Knight, etc. v. Bayer Corp., et al.

FLORIDA NORTHERN
   FLN  3   09-548        William T. Campbell, et al. v. Bayer Corp., et al.
   FLN  3   09-550        Harry O. Evers, Jr. v. Bayer Corp., et al.
   FLN  3   10-19          Charlie C. Varazo v. Bayer Corp., et al.
   FLN  3   10-20          Andrew E. Korchma, et al. v. Bayer Corp., et al.

MINNESOTA
   MN   0   10-162        Donald Durheim v. Bayer Corp., et al.
   MN   0   10-164        Courtland Schlender v. Bayer Corp., et al.

OHIO NORTHERN
   OHN  1   09-2531       Damon Lee Chatman, etc. v. Bayer Corp., et al.

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION                           MDL No. 1928

## PANEL SERVICE LIST (CTO-37)

Benjamin H. Anderson
ANDERSON LAW OFFICE
1360 West 9th Street
Suite 215
Cleveland, OH 44113
**ben@andersonlawoffices.net**

Theodore Babbitt
BABBITT JOHNSON OSBORNE & LECLAINCHE PA
1641 Worthington Road
Suite 100
West Palm Beach, FL 33409
**tedbabbitt@babbitt-johnson.com**

Patricia E. Lowry
SQUIRE SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
**plowry@ssd.com**

Neal Lewis Moskow
URY & MOSKOW
883 Black Rock Turnpike
Fairfield, CT 06825
**neal@urymoskow.com**

Neil D. Overholtz
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501
**noverholtz@awkolaw.com**

Daniel James Thornburgh
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501
**dthornburgh@awkolaw.com**